UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY D. GROVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANICE CONROY ALBERT, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. C07-1159-RSL-MJB<br><br>ORDER GRANTING<br>VOLUNTARY DISMISSAL |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. On August 9, 2007, this Court issued an Order to Show Cause directing Plaintiff to explain why his complaint should not be dismissed for failure to state a claim upon which relief may be granted. (Dkt. #7). Now before the Court is Plaintiff's response to the Order to Show Cause wherein he request that this matter be dismissed without prejudice. (Dkt. #8). The Court construes Plaintiff's response as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2). As such, the motion is GRANTED, and the action is dismissed without prejudice.

//

//

//

ORDER OF DISMISSAL
Page - 1

1   The Clerk is directed to send a copy of this Order to Plaintiff and to the Honorable

2   Monica J. Benton.

3   DATED this 10th day of September, 2007.

*signature*
Robert S. Lasnik
United States District Judge

Recommended for entry
this 7th day of September, 2007.

    /s/Monica J. Benton
Monica J. Benton
United States Magistrate Judge

ORDER OF DISMISSAL
Page - 2